# Third District Court of Appeal

## State of Florida

Opinion filed May 11, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0441
Lower Tribunal No. F93-14423
_____

**Ananias Westbrook,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Ananias Westbrook, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LINDSEY, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed. See Westbrook v. State, 276 So. 3d 380 (Fla. 3d DCA 2019).